# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE MACK CAULEY, JR.

NO. 2023 KW 0666

**AUGUST 14, 2023**

---

In Re:  Willie Mack Cauley, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 593185, 593186, 601363, 613827.

---

**BEFORE:  McCLENDON, HESTER, MILLER, JJ.**

**WRIT DENIED.** The Clerk of Court of St. Tammany Parish has no record of receiving a writ of habeas corpus in January of 2023 in case numbers 593185, 593186, 601363, or 613827. Relator should file the motion with the clerk of court of the district court before seeking relief from this court.

                    **PMc**
                    **CHH**
                    **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT